IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| CYNTHIA ROSEBERRY-ANDREWS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 16-00063 (KBJ) |
| CATRINA PAVLIK-KEENAN[1], | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Defendant, by and through undersigned counsel, pursuant to the Court's March 3, 2016 Minute Order, respectfully submits its Status Report[2] as follows:

This action concerns a Freedom of Information Act ("FOIA") request made by the *pro se* Plaintiff on December 29, 2014, seeking the following information:

> I request that any and all information from OPLA, FOIA (Catrina Pavlik-Keenan, Fernando Pineiro, Ruthlee Gowins, Todd Fuss, and Bradley White), Privacy, HR, EEO, Reasonable Accommodations, EL&R, Mr. Joel Alexander, and OAS be provided to me, pertaining to my employment with the Department of Homeland Security, Immigration and Customs Enforcement FOIA Office.

ECF No. 1 at 8.

Plaintiff filed the instant suit on January 13, 2016 alleging that Defendant had not completed processing of her FOIA request. *Id.* at 3, ¶ 12. At the time the complaint was filed, Plaintiff's FOIA request was being processed by the U.S. Immigration and Customs Enforcement

---

[1] Defendant notes that ICE FOIA Officer Catrina Pavlik-Keenan is not a proper party to this action brought under the Freedom of Information Act ("FOIA"), as the FOIA only authorizes suits against agencies, not individuals. *See* 5 U.S.C. §§ 552(a)(4)(B), 552(f)(1).

[2] By filing this Status Report, Defendant does not waive any defenses available to it in this action under Fed. R. Civ. P. 12(b), including immunity from suit.

("ICE") Government Information Law Division ("GILD").[3] Upon filing of the complaint on January 13, 2016, GILD transferred the subject request to the U.S. Department of Homeland Security ("DHS") Privacy Office.[4]

In response to the FOIA request, the DHS Privacy Office has identified approximately 1,970 pages of responsive records. The DHS Privacy Office is in the process of reviewing the records. The DHS Privacy Office estimates that the merits response to Plaintiff's FOIA request will be released imminently. Defendant, through counsel, intends to discuss the merits response with the Plaintiff prior to Defendant's April 18, 2016 responsive pleading deadline to determine whether this matter can be resolved without further litigation.

Dated: March 31, 2016
Washington, DC

                              Respectfully submitted,

                              CHANNING D. PHILLIPS
                              United States Attorney for the District of Columbia
                              D.C. BAR # 415793

                              DANIEL F. VAN HORN
                              Chief, Civil Division
                              D.C. BAR # 924092

By:     /s/_____
        JENNIFER JOY LEE, D.C. BAR # 1015460
        Special Assistant U.S. Attorney
        555 Fourth Street, N.W., Room E-4916
        Washington, D.C. 20530
        Telephone: (202) 252-2569
        Email: jennifer.lee@usdoj.gov

---

3 As Plaintiff is a former ICE FOIA Office employee, upon receipt of Plaintiff's FOIA request, the ICE FOIA Office transferred the request to the ICE GILD in order to avoid any conflict of interest or appearance thereof.

4 In order to avoid any appearance of a conflict of interest, upon filing of the instant lawsuit, the ICE GILD transferred the subject FOIA request to the DHS Privacy Office.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of March, 2016, I caused a copy of the foregoing Defendant's Status Report to be served on the following by the Court's electronic case filing system:

Cynthia Roseberry-Andrews
P.O. Box 711
North Beach, MD 20714
402-470-2169

                                          /s/
                                       JENNIFER JOY LEE, D.C. BAR # 1015460
                                       Special Assistant U.S. Attorney
                                       555 Fourth Street, N.W., Room E-4916
                                       Washington, D.C. 20530
                                       Telephone: (202) 252-2569
                                       Email: jennifer.lee@usdoj.gov